AO 243 (Rev. 2/95)

**PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| UNITED STATES DISTRICT COURT | District: District of New Hampshire | | |
|---|---|---|---|
| Name of Movant: Jay Nelson | Prisoner No. 02671-049 | Case No. CR 02-93-01-B | |
| Place of Confinement: Otisville Federal Correctional Institution | | C.04-123-B | |

UNITED STATES OF AMERICA  v.  Jay Nelson
(name under which convicted)

U.S. DISTRICT COURT DISTRICT OF N.H. FILED Apr 6 11 19 AM '04

## MOTION

1. Name and location of court which entered the judgment of conviction under attack: **United States District Court For New Hampshire**

2. Date of judgment of conviction: **March 31st 2003**

3. Length of sentence: **90 months**

4. Nature of offense involved (all counts): **18 USC §1341 Mail Fraud, 18 USC §1342 Mail Fraud, 18 USC §1343 Wire Fraud, 18 USC §1956(a)(1) Money Laundering, 18 USC §1028(a)(7) Identity Fraud**

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details: **N/A**

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐    **N/A**

7. Did you testify at the trial?
   Yes ☐   No ☐   **N/A**

8. Did you appeal from the judgment of conviction?
   Yes ☐   No ☒

(1)

AO 243 (Rev. 2/95)

9. If you did appeal, answer the following:

   (a) Name of court __N/A__

   (b) Result __N/A__

   (c) Date of result __N/A__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☐   No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __N/A__

        (2) Nature of proceeding __N/A__

        (3) Grounds raised __N/A__

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐   No ☐   N/A

        (5) Result __N/A__

        (6) Date of result __N/A__

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court __N/A__

        (2) Nature of proceeding __N/A__

        (3) Grounds raised __N/A__

AO 243 (Rev. 2/95)

(2)

AO 243 (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☐   N/A

(5) Result ___N/A___

(6) Date of result ___N/A___

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.     Yes ☐   No ☐   N/A
(2) Second petition, etc.    Yes ☐   No ☐   N/A

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

___N/A___

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

   Caution:   If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

   For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

   Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

   (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

   (b) Conviction obtained by use of coerced confession.

(3)

(c) Conviction obtained by use of evidence **gained pursuant** to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence **obtained** pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of **the privilege** against self-incrimination.
(f) Conviction obtained by the unconstitutional **failure of** the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of **the protection** against double jeopardy.
(h) Conviction obtained by action of a **grand or petit** jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A.  Ground one: _Denial of effective assistance of counsel_

Supporting FACTS (state *briefly* without citing cases or law)
_Counsel following plea proceedings, Paul Haley, failed to file an appeal as per requested. Because counsel failed to file an appeal on the issues presented in this motion, the issues were not presented on Direct Appeal. Prejudice is presumed where counsel fails to file an appeal as requested. But for counsel's error, movant would have been sentenced to substantially less time of imprisonment._

B.  Ground two: _The sentence was in violation of the protection against double jeopardy and right to due process_

Supporting FACTS (state *briefly* without citing cases or law)
_Double Jeopardy protects against being sentenced for the same conduct twice. Here I was assessed two levels in my sentence calculation for having more than one victim and assessed a second time for two levels for having multiple victims, based on the same relevant conduct, elements, and facts constituting the initial offense. This violation of Double Jeopardy and Due Process resulted in movant being sentenced to a substantially greater term of imprisonment._

C.  Ground three: _The sentence was in violation of the protection against double jeopardy_

Supporting FACTS (state *briefly* without citing cases or law) _Double Jeopardy protects against being sentenced for the same conduct twice. Here I was assessed two levels for more than minimal planning, assessed a second time for two levels for use of sophisticated means, a third time, also for two levels for using an electronic device, and assessed a fourth time for two levels for using a computer in the commission of the offense. All of these enhancements were based on the same relevant_

conduct, elements, and facts constituting the initial offense. This violation of Double Jeopardy resulted in movant being sentenced to a substantially greater term of imprisonment.

D. Ground four: Sentence in violation of Due Process and In violation of the privilege against self-Incrimination.

Supporting FACTS (state *briefly* without citing cases or law) My Initial statement to a postal inspector denying guilt and later failure to appear in court were used for a two level adjustment in my sentence calculation, for obstruction of justice. This violates due process and my right against self incrimination, where neither instance warrant an obstruction of justice, because neither occurance significantly obstructed or impeded the official investigation. This violation of due Process resulted in movant being sentenced to a substantially greater term of imprisonment.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: These grounds as state previously were not raised on direct appeal due to ineffective assistance of consel in not filing the direct appeal as requested to do so.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a) At preliminary hearing  Bjorn Lange, Federal Defenders Office, Concord, NH

    (b) At arraignment and plea  Bjorn Lange, Federal Defenders Office, Concord, NH

    (c) At trial  N/A

    (d) At sentencing  Paul J Haley, 460 W. Main St, Suite 8 Hillsborough, NH 03244

(5)

(e) On appeal ___N/A___

(f) In any post-conviction proceeding ___N/A___

(g) On appeal from any adverse ruling in a post-conviction proceeding ___N/A___

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☒    No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐    No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: ___N/A___

    (b) Give date and length of the above sentence: ___N/A___

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ☐    No ☐    N/A

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

___03/30/04___
    (Date)

_____
Signature of Movant

(6)